UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICARDO DWAYNE LAWRENCE,
            Petitioner,

v.

THOMAS DECKER, et. al.,
            Respondents.
------------------------------------------------------------x

**ORDER**

19 CV 8256 (VB)

Briccetti, J.:

    Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. #2), on September 3, 2019. At the time, petitioner claimed he was being unlawfully detained at Bergen County Jail in New Jersey in the physical custody of respondents and U.S. Immigration and Customs Enforcement ("ICE"). Petitioner sought an order requiring that he be released from detention or that he otherwise be provided with a bond hearing.

    By letter dated October 15, 2019, respondents notified the Court that on October 10, 2019, petitioner had been released from custody on an order of supervision after petitioner posted a $25,000 bond, following the expiration of the 90-day detention period for an alien subject to a final removal order. (Doc. #9). Petitioner did not submit a reply.

    Respondents request that the Court dismiss petitioner's action as moot. In support, respondents refer to substantial case law in which courts have found a Section 2241 habeas petition mooted when the petitioner was released from ICE custody. See, e.g., Leybinsky v. ICE, 553 F. App'x 108 (2d Cir. 2014) (habeas petition moot upon petitioner's release by ICE); Pierrilus v. ICE, 293 F. App'x 78, 79 (2d Cir. 2008) ("[P]etitioner's challenge to the length of his detention is moot as a result of his release from DHS custody."); Remy v. Chadbourne, 184 F.

1

App'x 79, 80 (2d Cir. 2006) (dismissing as moot an appeal from the dismissal of a habeas petition challenging detention where ICE released the alien from detention during the appeal).

The Court agrees that this action is moot. Accordingly, the petition is DISMISSED.[1]

The Clerk is instructed to close this case and mail a copy of this Order to petitioner at the address on the docket.

Dated: November 25, 2019
White Plains, New York

SO ORDERED:

Vincent L. Briccetti
United States District Judge

---

[1] The Court need not address the question of whether venue is appropriate in this District, and expresses no opinion regarding same.